# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff*

v.

U.S. DEPARTMENT OF COMMERCE ET AL.

*Defendant*

Civil Action No. 1:26-cv-00231

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. DEPARTMENT OF THE INTERIOR
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Adair Shannon
P.O. Box 11374
Portland, OR 97211
971-717-6407

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 28 January, 2026

*Signature of Clerk or Deputy Clerk*