**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br><br> *Plaintiff*, <br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-00231-AHA |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that Plaintiff Center for Biological Diversity substitutes Ivan

Ditmars, D.C. Bar No. CA00243, as counsel of record in place of Ryan Adair Shannon. Contact

information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Center for Biological Diversity |
| Address: | 2100 Franklin St., Suite 375 |
| | Oakland, CA 94612 |
| Telephone: | (510) 844-7158 |
| Email: | iditmars@biologicaldiversity.org |

I consent to the above substitution:          */s/ Ivan Ditmars*
Date: April 16, 2026                                    Center for Biological Diversity

I consent to the above substitution:          */s/ Shannon Eva Labuschagne*
Date: April 16, 2026                                    Center for Biological Diversity

I consent to being substituted:                 */s/ Ryan Adair Shannon*
Date: April 16, 2026                                    Center for Biological Diversity

\*          \*          \*

1

DATED: April 16, 2026                    Respectfully submitted,

                                         */s/ Ivan Ditmars*
                                         Ivan Ditmars
                                         (D.D.C. Bar. No. CA00243)
                                         Center for Biological Diversity
                                         2100 Franklin St., Suite 375
                                         Oakland, CA 94612
                                         Phone: (510) 844-7158
                                         iditmars@biologicaldiversity.org

2